UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANAVISION INTERNATIONAL L.P.,<br><br>             Plaintiff,<br><br>       v.<br><br>DENNIS TOEPPEN; NETWORK SOLUTIONS, INC.,<br><br>             Defendants. | Case No. CV 96-3284 DDP (JRx)<br><br>**AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the orders filed by this Court and the Ninth Circuit Court of Appeals, the Court grants judgment in favor of Plaintiff Panavision International L.P. and against Dennis Toeppen on Counts I and II; and in favor of Defendant Dennis Toeppen and against Panavision International L.P. on Count IV; and dismisses Counts III, IV and V as moot.  The Court orders that such judgment be entered.

Dated: January 19, 1999

DEAN D. PREGERSON
United States District Judge